at issue. The motion was denied, and from the order entered on such denial the present appeal is taken.

The appellants have misconceived the practice. No order had been made requiring a reply to the new matter, and it was optional with the plaintiff to serve one. If without an order a reply was proper, the only effect of a failure to make it was to render unnecessary proof of the facts which should have been met by reply. Code, § 522; Bliss Code Pl. § 396; *Randolph* v. *Mayor*, 53 How. Pr. 68; 2 Wait's Pr. 443, 444. The failure does not prevent a plaintiff from bringing the cause to trial, and the effect of the omission is properly determinable thereat. *Adams* v. *Roberts*, 1 Civ. Proc. Rep. 204; 62 How. Pr. 253.

Irrespective of the question whether the answer contains a counterclaim requiring a reply, the refusal to strike the cause from the calendar was proper, and the order entered upon such refusal must be affirmed, with costs.

FREEDMAN, J., concurs.

Order affirmed, with costs.

---

ELIZA W. WHITE et al., Respondents, *v.* EDWARD M. BENJAMIN et al., Appellants.

(New York Superior Court — General Term, December, 1895.)

NEW TRIAL — NEWLY-DISCOVERED EVIDENCE.

To warrant a new trial on the ground of newly-discovered evidence, it must be shown that such evidence is material; that it has been discovered since the trial; that it could not by the exercise of reasonable diligence have been sooner discovered, and that it is so decisive in character as to make it reasonably certain that it would change the result on another trial.

APPEAL by defendants from order denying motion for new trial made on the ground of newly-discovered evidence.

*Smith & Dougherty* and *L. S. Tenney*, for appellants.

*Whitlock & Simonds* (*W. C. Beecher*, of counsel), for respondent.

*Per Curiam.* To warrant a new trial in this case the practice requires not only that the newly-discovered evidence be material, and that it has been discovered since the trial, but that the evidence could not by the exercise of reasonable diligence have been sooner discovered, and that it is so decisive in character as to make it appear with reasonable certainty that on another trial it would change the result.

The defendants did not present a case bringing them within the rule stated, and no error was committed by the court below in denying their motion.

The order appealed from must be affirmed, with costs.

Present: FREEDMAN, MCADAM and GILDERSLEEVE, JJ.
Order affirmed, with costs.